

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00003-CV

**IN THE INTEREST OF J.M.-H.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00209
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that no costs be assessed against appellant because he is indigent.

SIGNED May 6, 2015.

_____
Marialyn Barnard, Justice